AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

SPECIALTY FITNESS SYSTEMS, LLC

*Plaintiff(s)*

v.

QLI FITNESS EQUIPMENT LLC, and QLI Co., LTD dba QLI FITNESS EQUIPMENT

*Defendant(s)*

Civil Action No. 2:26-cv-11658

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* QLI Co., LTD
944/1 Nguyen Thi Minh Khai Street,
Tan Thang Quarter, Tan Dong Hiep Ward,
Ho Chi Minh City, Vietnam

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT M. LOWRY
LOWRY BLIXSETH APC
30423 Canwood St., Ste. 215
Agoura Hills, California 91301

BARRY J. COYNE
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

SPECIALTY FITNESS SYSTEMS, LLC

*Plaintiff(s)*

v.

QLI FITNESS EQUIPMENT LLC, and QLI Co., LTD dba QLI FITNESS EQUIPMENT

*Defendant(s)*

Civil Action No. 2:26-cv-11658

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* QLI Fitness Equipment LLC
14524 S. Garfield Ave.
Paramount, CA 90723

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT M. LOWRY
LOWRY BLIXSETH APC
30423 Canwood St., Ste. 215
Agoura Hills, California 91301

BARRY J. COYNE
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*